CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, Orland Sylve

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>   Plaintiff,<br><br>   v.<br><br>ROIC CALIFORNIA LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case No.: 3:19-CV-00261-SK<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: July 9, 2019         CENTER FOR DISABILITY ACCESS

                  By: <u>/s/ Amanda Lockhart Seabock</u>
                       Amanda Lockhart Seabock
                       Attorneys for Plaintiff