CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

GARY W. SULLIVAN (SBN: 103162
gwsullivanlaw@gmail.com
ATTORNEY AT LAW
1585 The Alameda, Suite 100
San Jose, California 95126
Telephone: (408) 971-1340
Facsimile: (408)971-0478
Attorneys for Defendant
ROIC California LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLAND SYLVE, | Case No.: 3:19-CV-00261-SK |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| ROIC CALIFORNIA LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: October 09, 2019 | CENTER FOR DISABILITY ACCESS |
| 3 | | By: /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 6 | Dated: October 09, 2019 | ATTORNEY AT LAW |
| 7 | | By: /s/ Gary W. Sullivan |
| 8 | | Gary W. Sullivan<br>Attorneys for Defendant |
| 9 | | ROIC California LLC |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gary W. Sullivan, counsel for ROIC California LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 09, 2019        CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff